UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADRILL BOGAN,<br><br>        Petitioner,<br><br>    v.<br><br>L.S. McEWAN,<br><br>        Respondent. | NO. CV 11-4852 VBF (SS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:
    10-31-2012

                                          VALERIE BAKER FAIRBANK
                                          UNITED STATES DISTRICT JUDGE